IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01218-BNB

TROY GRAVES,

    Plaintiff,

v.

THE EXECUTIVE DIRECTOR OF THE C.D.O.C.,
KEVIN MILYARD,
TERRY BARTRUFF,
LLOYD WAIDE,
JEFF REVORD,
RAYMOND HIGGINS,
GARY LITTLE,
ROBERT KEISEL, and
SHAWN REWOLDT,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 9 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Court Ordered Garnishment of Plaintiff's Monthly State Account Income" submitted to and filed with the Court on June 8, 2009, is DENIED. Plaintiff was informed in the May 27, 2009 order granting him leave to proceed pursuant to 28 U.S.C. § 1915 of the proper procedure for payment of the $350.00 filing fee in installments or for showing cause why he has no assets and no means by which to make the partial payments. Failure to comply with this procedure within the time allowed will result in the dismissal of the instant action.

Dated: June 9, 2009

A copy of this Minute Order was mailed on June 9, 2009, to the following:

Troy Graves
Prisoner No. 113357
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                                                Secretary/Deputy Clerk