IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 09-cv-01218-PAB-CBS

TROY GRAVES,

      Plaintiff,

v.

THE EXECUTIVE DIRECTOR OF THE C.D.O.C.,
KEVIN MILYARD,
TERRY BARTRUFF,
LLOYD WAIDE,
JEFF REVORD,
RAYMOND HIGGINS,
GARY LITTLE,
ROBERT KEISEL, and
SHAWN REWOLDT,

      Defendant.

*FILED*
*UNITED STATES DISTRICT COURT*
*DENVER, COLORADO*

*JUL 14 2009*

*GREGORY C. LANGHAM*
*CLERK*

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants.

All costs of service shall be advanced by the United States.


DATED July _10_, 2009.


BY THE COURT:

PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01218-PAB-CBS

Troy Graves
Prisoner No. 113357
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Executive Director of DOC, Kevin Milyard, Lloyd Waide,
Jeff Revord, Raymond Higgins, Gary Little, Robert Keisel,
Shawn Rewoldt, and Terry Bartruff – **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Executive Director of DOC, Kevin Milyard, Lloyd Waide, Jeff Revord, Raymond Higgins, Gary Little, Robert Keisel, Shawn Rewoldt, and Terry Bartruff: COMPLAINT FILED 05/27/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _7/14/09_.

GREGORY C. LANGHAM, CLERK

By:_____
                       Deputy Clerk